United States Courts
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT

*July 25, 2022*

Nathan Ochsner, Clerk of Court

__SOUTHERN__ DISTRICT OF __TEXAS__

UNITED STATES OF AMERICA

V.

Cruz VARGAS Jr
YOB: 1980
United States Citizen

**CRIMINAL COMPLAINT**

Case Number: M-22-1458-M

I, Jesus C. Sanchez, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __July 24, 2022__ (Date), in __Starr__ County, in the __Southern__ District of __Texas__ the defendant(s) did

intentionally and knowingly import into the United States of America from the United Mexican States, approximately 53.2 kilograms of liquid methamphetamine, a Schedule II Controlled Substance,

in violation of Title __21__ United States Code, Section(s) __952__.

I further state that I am a(n) __HSI Special Agent__ (Official Title) and that this complaint is based on the following facts:

See Attachment "A"

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

JESUS C SANCHEZ
Digitally signed by JESUS C SANCHEZ
Date: 2022.07.25 08:19:10 -05'00'

Complaint approved by AUSA A. Castro.

Signature of Complainant

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. P.4.1, and probable cause found on:

Jesus C Sanchez, HSI Special Agent

Printed Name of Complainant

Sworn to before me and signed in my presence,

__July 25, 2022    8:29 AM__      at    McAllen, Texas
Date                                     City and State

U.S. Magistrate Judge, Nadia S. Medrano
Name and Title of Judicial Officer

Signature of Judicial Officer

Attachment "A"

Before the United States Magistrate Judge, Southern District of Texas, I, Jesus C. Sanchez, Special Agent of the United States Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), being duly sworn, depose and say the following:

On July 24, 2022, HSI Falcon Dam Special (SA) Agent Jesus C Sanchez received information from Rio Grande City, Texas Port of Entry, Customs and Border Protection (CBP) Officers that Cruz VARGAS Jr, attempted to smuggle into the United States 12 sealed containers containing 53.2 kg of liquid methamphetamine in a 2012 Dodge Caravan minivan. The containers were labeled as containing horse vitamins.

CBP Officers stated that VARGAS was referred to secondary after making a negative declaration for narcotics, currency, or prohibited items at the primary inspection lane. Subject was then referred for secondary inspection. At secondary inspection, CBP officers observed two boxes in the rear of the minivan. The boxes were opened, and each revealed 6 sealed containers each labeled as horse vitamin pellets. When CBP Officers opened the containers, they found a liquid substance inside and not pellets. The liquid substance inside each container was field tested and each was determined to contain methamphetamine. The labels appeared to be counterfeit.

After VARGAS was read his Miranda rights, VARGAS stated he understood his rights and was willing to answer questions without an attorney present. VARGAS signed the Notice of Rights form waiving his rights to have a have an attorney present during questioning.

During the interview, FERNANDEZ made the following statements (paraphrased):

1. VARGAS admitted that he was going to be paid $6,000 USD to import narcotics into the U.S.
2. Around July 19, 2022, VARGAS stated that while in Camargo, Tamaulipas, Mexico, a Mexican male subject he knew had offered him a job to smuggle narcotics into the U.S.
3. VARGAS stated that on Sunday, July 24, 2022, he met with the same Mexican male subject at a car wash in Camargo to receive the narcotics. He

stated that two unknown men later arrived at the carwash and placed two boxes containing the narcotics in his minivan. VARGAS stated that he was given a receipt that indicated the purchase of Red Cell Vitamins (for horses) and some chicken feed. One of the unknown men told VARGAS that once he crossed into the U.S., to call the Mexican male subject and that he would give VARGAS further instructions.
4. VARGAS stated he was not told what kind of narcotic he would be importing but did know it was narcotics in general.

The case was accepted for federal prosecution for violations of 21 USC 952, importation of a controlled substance.